UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL EFRAIN GARCIA,              )     Case No. CV 06-7732-RSWL (CT)
                                   )
                Petitioner,        )
                                   )     **J U D G M E N T**
         v.                        )
                                   )
T. FELKER, Warden                  )
                                   )
                Respondent.        )
_____)

     In accordance with the report and recommendation of the United

States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus

is denied and this action is dismissed with prejudice.


DATED:  August 26, 2009        __/s/_____
                               HONORABLE RONALD S.W. LEW
                               SENIOR U.S. DISTRICT COURT JUDGE